554

358 A.2d 76

Kaczkowski v. Bolubasz, Appellant, et al.

Argued April 12, 1976.   Cosmos J. Reale, with him Murovich, Reale & Fossee, for appellant;  Seymour A. Sikov, with him Sikov and Love, for appellee.

Order affirmed.

358 A.2d 84

Karkaria, Appellant, v. Karkaria, Appellant.

Argued April 16, 1976.   Edwin J. Martin, for appellant at No. 332 and appellee at No. 335;  Frederick N. Frank, with him Robert Raphael, for appellant at No. 335 and appellee at No. 332.

Orders affirmed.